UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SNOWFLAKE, INC., DATA SECURITY
BREAKTH LITIGATION

| | | |
|---|---|---|
| Wang v. AT&T, et al., S.D. New York, | ) | |
| C.A. No. 1:24-07206 | ) | MDL No. 3126 |

## ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action *(Wang)* on October 7, 2024. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Wang* was lifted on October 16, 2024, and the action was transferred to the District of Montana.

Some time later on October 16, 2024, the Panel, received via facsimile a notice of opposition from *pro se* plaintiff in *Wang*. Consequently, the Panel will reinstate the conditional transfer order in order to permit plaintiff to pursue his opposition to transfer.

IT IS ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on October 7, 2024, is REINSTATED as to the *Wang* action. Plaintiff's notice of opposition is deemed filed as of the date of this order.

IT IS FURTHER ORDERED that plaintiff's motion and supporting brief to vacate the Panel's conditional transfer order will be due according to the schedule that will issue shortly.

FOR THE PANEL:

_____
Marcella R. Lockert
Acting Clerk of the Panel