# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | 2:24-MD-03126-BMM <br><br> **ORDER REGARDING NOTICE** |

The Court has set an initial case management conference for **November 14, 2024, at 10:00 a.m.** at the Mike Mansfield Federal Courthouse in Butte, Montana. (Doc. 74.) Parties are instructed to send a notice via email to mtd_publicinquiries@mtd.uscourts.gov by November 1, 2024, regarding:

1. Whether they intend to appear in person or by Zoom.

2. Whether they intend to address the Court at the conference on November 14, 2024, at 10:00 a.m. at the Mike Mansfield Federal Courthouse in Butte, Montana.

DATED this 23rd day of October, 2024.

_____
Brian Morris, Chief District Judge
United States District Court

1