**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | 2:24-MD-03126-BMM |

**APPLICATION OF ZAHRA R. DEAN FOR APPOINTMENT
TO THE LEADERSHIP DEVELOPMENT COMMITTEE**

I, Zahra R. Dean, respectfully submit this application for appointment to a leadership development committee if one were to be established by the Court. I am an associate attorney with the law firm of Kohn, Swift & Graf, P.C. and one of Plaintiffs' counsel in *Lewis v. Snowflake, Inc., et al.,* 2:24-cv-00064-BMM and *Yarbough, et al. v. Ticketmaster, LLC, et al.*, 2:24-cv-00146-BMM. I have been admitted pro hac vice in this matter. Doc. 45 in *Lewis v. Snowflake, Inc., et al.,* 2:24-cv-00064-BMM.

In its Order Regarding Case Management Conference (Doc. 79, Section 5), the Court instructed Plaintiffs' counsel to file a memorandum by November 7 addressing a proposed leadership structure for the Plaintiffs' side of the case, including the designation of lead or liaison counsel and supporting committees. In Section 8 of the Order, the Court also set November 7 as the date for filing applications for lead counsel.

On November 5, certain Plaintiffs' counsel filed an Application to Appoint John Heenan, Jeff Ostrow, and Their Proposed Leadership Team as Interim Class Counsel (Doc.184). Among the supporting committees suggested by this filing is a three member "Leadership Development Committee." I and my firm support the Proposed Leadership Team and the Proposed Leadership Structure set forth in Doc. 184.

I also believe that the Court should establish a Leadership Development Committee with, however, more than three members. Given the number of Defendants already in the case, more

attorneys on such a committee would be appropriate. A larger group would allow the Court to consider more attorneys than just those who have been proffered for the appointments by a particular group of attorneys. Establishing such a committee would enable members of the younger generation of up-an-coming attorneys to meaningfully participate in a large, complex MDL matter, which will promote not only their professional growth but also benefit the profession as a whole.[1]

Let me introduce myself. From 2012 to 2015, I worked at Jamil & Jamil, a private law firm in Pakistan. At Jamil & Jamil, I was involved in issues such as freedom of expression and human rights matters in the context of internet policy, working with stakeholders including the Pakistani government and businesses such as Google and Facebook.

After leaving Pakistan and earning a master's degree from Temple University's Beasley School of Law, I joined Kohn, Swift & Graf, P. C. While at Kohn Swift I have worked on a variety of matters, including *Julin, et al. v. Chiquita Brands International, Inc.,* No. 0820641-CIV-KAM, No. 08-01916-MD-Marra/Johnson, and *Miller, et al., v Arab Bank*, Case No. 18-cv-2192 (BMC)(PK) (the cases were brought against Chiquita Brands International, Inc. and Arab Bank under the Anti-Terrorism Act on behalf of American terror victims in the U.S. District Court for the Southern District of Florida and U.S. District Court for the Eastern District of New York, respectively).

I also have some trial experience, having worked closely with a firm shareholder during the bench trial of a successful theft of trade secrets case brought by our client. *Advanced Fluid Sys., Inc. v. Huber*, 295 F. Supp. 3d 467 (M.D. Pa. 2018). Further, I was part of the trial team in a

---

[1] Courts that have established leadership development committees include *In Re: Philips Recalled CPAP,* MDL No. 3014, (Dkt. 395), consisting of ten attorneys with "minimal MDL experience" appointed to the Leadership Development Committee, and *In Re: Zantac* MDL No. 2924 (S.D. FL) (Dkt. 73), consisting of five "younger" attorneys appointed to a Leadership Development Committee.

successful jury trial of a class action against Bucks County, Pennsylvania and the Bucks County Correctional Facility for their violations of the Pennsylvania Criminal History Record Information Act (18 Pa. Cons. Stat. § 9102 et seq.) by illegally disseminating criminal history information through an online Inmate Lookup Tool. *Taha v. Bucks County, et al.,* C.A. No. 12-6867 (E.D. Pa.).

With respect to data security and cybercrime, I have experience reviewing and drafting legislation related to cybercrime and cyber security. I conducted a review of State Data Breach legislation in the U.S. and drafted a proposed Breach of Personal Information Act for Pennsylvania (HB1010), which regrettably has not been enacted by the Pennsylvania legislature.

I also provided international legal and policy consultancy services to the Council of Europe and Pakistan. The consultancy projects mandated the review of national criminal, cybercrime and cyber security, information communications technology, electronic transactions and data protection and mutual legal assistance legislation of Sri Lanka, Maldives, Ghana, United Republic of Tanzania, Trinidad and Tobago, Dominica, Afghanistan, South Africa, Jamaica, Kenya, Tonga, and Fiji. In addition to becoming familiar with national legislation, I provided comparative analysis with international conventions and international best practice, make recommendations and draft proposed language for cybercrime and cyber security legislation and polices.

Specific legislative drafting projects include: co-drafting the Electronic Transaction Act for the National Centre for Information Technology in the Maldives; providing commentary to the government of Ghana on the Electronic Transactions Act of 2008 and the Mutual Legal Assistance Act of 2010; providing commentary on the Republic of Tanzania's Computer Crime and Cybercrime legislation to the Ministry of Communications, Science and Technology; and providing similar expertise in cybercrime legislation in Trinidad and Tobago, Dominica, Afghanistan, South Africa, Jamaica, Kenya, Tonga and Fiji; drafting Pakistan's Prevention of

3

Electronic Crimes and National Cyber Security Acts; and preparing the Cyberwiki pages for Pakistan and Afghanistan.  law firm was also engaged to conduct a review of the Commonwealth Model Law as consultants to the Commonwealth Secretariat.

I am proud to have received the 2015 Philadelphia Bar Association International Law Committee Award for Outstanding Achievement in International Law or Human Rights. I have also been named to the Best Lawyers© list of Ones to Watch.

Thank you for considering my application.

Dated:  November 6, 2024                                /s/Zahra R. Dean
                                                        Zahra R. Dean
                                                        **KOHN, SWIFT & GRAF, P.C.**
                                                        1600 Market Street, Suite 2500
                                                        Philadelphia, PA  19103
                                                        (215) 238-1700
                                                        zdean@kohnswift.com

                                                        *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

  I, Zahra R. Dean, hereby certify that I have caused a copy of the Application of Zahra R. Dean for Appointment to the Leadership Development Committee to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

Dated:  November 6, 2024
                */s/ Zahra R. Dean*
                Zahra R. Dean
                KOHN, SWIFT & GRAF, P.C.
                1600 Market Street, Suite 2500
                Philadelphia, PA  19103
                Telephone:  215-238-1700
                zdean@kohnswift.com

                *Attorney for Plaintiffs*