IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC. DATA SECURITY BREACH LITIGATION | Case No.: 2:24-MD-3126-BMM |
| This Document Relates to All Actions | COURT MINUTES |

Date: November 14, 2024
Court Reporter: Yvette Heinze
Courthouse: Butte, MT
Time Commenced: 10:00 a.m.
Time Concluded: 2:23 p.m.
Time in Court: 2 hrs 41 mins

BEFORE: United States Chief District Judge Brian M. Morris

APPEARANCES:

Plaintiffs:

Defendants:

(See Attachment for additional in-person appearances; No attendance taken for audio/listen participation)

PROCEEDINGS: Appearances entered. Court to discuss structure for Plaintiff and Defense Counsel, potential discovery issues, potential stay of discovery. Court moves to leadership structure. Plaintiff attorneys heard on matter. 1:58 p.m. Court back in session. Defense parties with any issues for the Court to consider. All deadlines are STAYED pending order for leadership counsel. Other agenda items reviewed as indicated on the record in open Court. Court will issue Order.

/s/Athena Cobb
Courtroom Deputy

| | Zoom or in Person | Intend to Address Court | First Name | Last Name | CLIENT | Individual Action Case No(s): |
|---|---|---|---|---|---|---|
| X | In person | Yes | Samir | Aarab | Plt - Leal & Olivieri | 24-46, 24-56 |
| X | ZOOM | | Mona | Amini | Plt - Moledina | 24-114 |
| X | ZOOM | Yes | Eric J | Artrip | Plt - Doe | 24-169 |
| X | In person | Yes | William | Audet | Plt - Powell | 24-162 |
| | Zoom | No | Ben | Barnow | Plt – Hornthal | 24-68 |
| X | In person | Yes | Josh | Becker | Deft – Advance Auto | |
| X | In person | No | Manuel | Berrelez | Deft – Ticketmaster | |
| X | In person | Yes | Timothy | Blood | Plt - Olivieri & Jones | 24-56, 24-151 |
| X | In person | Yes | Caitlin | Boland Aarab | Plt - Chaidez | 24-50 |
| X | In person | Yes | Kennedy | Brian | Plt - Wilkerson | 24-57 |
| X | In person | Yes | Stephen | Broome | Deft - Snowflake | |
| X | ZOOM | No | Paula | Brown | Plt - Olivieri & Woon | 24-56 |
| X | In person | Yes | James | Cecchi | Plt – Wallace | 24-165 |
| | ZOOM | No | Ryan | Clarkson | Plt - Ryan, Getman, Burns, Howitt, Jones | 24-114, 115, 120, 145, 151 |
| X | In person | No | Terence | Coates | Plt – Smith | 24-133 |
| X | In person | No | Joseph | Cook | Plt - Madden, Gianne, Anderson | 24-95, 24-102, 24-105 |
| X | In person | No | Domenic | Cossi | Plt - Giangiulio & Leskover | 24-60, 24-167 |
| X | In person | No | Triel | Culver | Plt - Chaidez | 24-50 |
| X | Zoom | Yes | Zahra | Dean | Plt - Lewis & Yarbough | 24-64, 24-146 |
| X | Zoom | No | Nada | Djordjevic | Plt – Miller | 24-94 |
| X | In person | Yes | Paul | Doolitle | Plt - Blake, Chapman, Johnson, Dunham, Morgan, Young, Reichbart | 24-124, 24-127, 24-129 & 24-154 |
| X | In person | Yes | A. Clifford | Edwards | Plt - Chaidez | 24-50 |
| | In person | Yes | Elizabeth | Fegan | Plt - Hale, Margeas | 24-161 |
| | ZOOM | Yes | Lori | Feldman | Plt – Winger | 24-113 |
| X | ZOOM | Yes | Andrew | Ferich | Plt - Bobbitt | 24-71 |
| | ZOOM? | No | James | Francis | Plt - Dupreez, Leal, Lewis, Mirvis, Nader, Yarbough | 24-118, 24-46, 24-64, 24-65, 24-79, 24-146 |
| X | In person | Maybe | J. Devlan | Geddes | Plt - Petroski, Richardson, Monroe | 24-90, 24-149, 24-157, 24-158, 24- |
| X | In person | No | Larry | Golston | Plt - Wallace, Doe, Craig, Murphy | 24-165, 24-169 |

| X | In person | No | Gary | Gotto | Plt - Wenze | 24-88 |
|---|---|---|---|---|---|---|
| X | In person | Yes | Raph | Graybill | Plt - Chaidez | 24-50 |
| X | ZOOM | No | Karl | Gwaltney | Plt – Levy | 24-137 |
| X | ZOOM | No | Yana | Hart | Plt - Leal, Ryan, Garcia, Jones, Martin | 24-46, 24-114, 24-151 |
| X | In person | Yes | John | Heenan | Plt - Chaidez | 24-50 |
| X | Zoom | No | Madeline | Hills | Plt – Miller | 24-94 |
| X | ZOOM | No | William | Hoese - listening only | Plt - Lewis & Yarbough | 24-64, 24-146 |
| X | In person | No | Elijah | Inabnit | Deft - Ticketmaster | |
| X | Zoom | No | R. Brent | Irby | Plt - Craig and Murphy | 24-169 |
| X | In person | Maybe | Shauna | Itri | Plt – Wallace | 24-165 |
| X | In person | Yes | Jonathan | Jagher | Plt – Giangiulio & Leskovar | 24-60, 24-167 |
| X | In person | Yes | Amy | Keller | Plt – Miller | 24-94 |
| X | In person | Yes | Gilbert | Keteltas | Deft - AT&T | |
| X | In person | No | Maxwell | Kirchoff | Plt - Giangiulio & Leskover | 24-60, 24-167 |
| X | In person | Maybe | Jesse | Kodadek | Plt – Miller | 24-94 |
| | ZOOM | No | Joseph | Kohn - listening only | Plt - Lewis & Yarbough | 24-64, 24-146 |
| | ZOOM | No | Elias | Kohn - listening only | Plt - Lewis & Yarbough | 24-64, 24-146 |
| X | In person | No | Perie Reiko | Koyama | Deft – Neiman Marcus Group | |
| X | ZOOM | No | Ling | Kuang | Plt - Powell | 24-162 |
| X | In person | Yes | Mark | Lanier | Plt – Wallace | 24-165 |
| X | In person | No | Cari | Laufenberg | Plt - Wenze and Montgomery | 24-88, 24-142 |
| X | ZOOM | No | Tim | Lee | Deft - AT&T | |
| X | ZOOM | No | Jason | Lichtman | Plt – Miller | 24-94 |
| X | ZOOM | Yes | Michael | Liskow | Plt – Winger | 24-113 |
| X | In person | No | Thomas | Loeser | Plt – Bowers & Curry | 24-55, 24-123 |
| X | In person | No | Gary | Lynch | Plt - Townsend, Armstrong, Miller | 24-77, 24-58, 24-67, 24-126 |
| X | In person | No | Jonathan (Jon) | Mann | Plt - Layman | 24-62 |
| X | In person | Yes | Jean | Martin | Plt - Bryant-Booker | 24-66 |
| X | In person | No | Brianne | McClafferty | Deft - Snowflake | |
| X | In person | Yes | Beena | McDonald | Plt - Caballero, Sherman, Neblock | 24-116, 24-152, 24-153 |
| X | In person | No | Elliott | McGill | Plt – Miller | 24-94 |
| X | In person | No | Emma | Mediak | Deft – Ticketmaster | |
| X | In person | Yes | Sean | Modjarrad | Plt – Wallace | 24-165 |

| | | | | | | |
|---|---|---|---|---|---|---|
| X | In person | No | John | Morrison | Plt – Hornthal | 24-68 |
| X | ZOOM | No | Linda | Nussbaum | Plt – Burns | 24-120 |
| X | In person | Yes | Jeff | Ostrow | Plt – Chaidez | 24-50 |
| X | In person | No | David | Paoli | Plt – Bryant-Booker | 24-66, 24-165 |
| X | ZOOM | No | Anthony | Parkhill | Plt – Hornthal | 24-68 |
| X | In person | Maybe | Sean | Petterson | Plt – Miller | 24-94 |
| X | In person | Yes | James | Pizzirusso | Plt - Petroski, et al | 24-90 |
| X | ZOOM | Yes | David | Poell | Deft -Lending Tree & QuoteWizard | |
| X | In person | Yes | Jason | Rathod | Plt - Lively | CV-24-177-BU-BMM |
| X | In person | Maybe | Daniel | Robinson | Plt - Moledina & James | 24-117 & 24-172 |
| X | In person | | Joseph | Roda | Plt - Burns | 24-114 |
| X | Zoom | Maybe | James | Rosemergy | Plt - Caballero | 24-116 |
| X | In person | Maybe | William (Bill) | Rossbach | Plt - Leal, Bowers, Olivieri, Jones | 24-46, 24-55, 24-56 & 24-151 |
| X | Zoom | No | Alfred | Saikali | Deft – Advance Auto | |
| X | In person | Yes | Charles | Schaffer | Plt - Schwartz & Moule | 24-74 |
| X | In person | Yes | Amber | Schubert | Plt - Riley | 24-84 |
| X | In person | Maybe | Christopher | Seeger | Plt – Wallace | 24-165 |
| X | In person | Yes | Megan | Shannon | Plt - Hale & Margeas | 24-161 |
| X | In person | No | Adam | Shaw | Plt – Leskovar | 24-167 |
| X | In person | Yes | Norman | Siegel | Plt - Doe, Smith, Stewart | 24-51 |
| X | In person | No | Sabita | Soneji | Plt – Anderson | 24-121 |
| X | ZOOM | No | Eric | Stolze | Deft – Ticketmaster | |
| X | ZOOM | | James Gerard | Stranch, IV | Plt – Conte | 24-12, 24-128 |
| | ZOOM | No | Viola | Trebicka | Deft - Snowflake | |
| | ZOOM | No | Laura | Van Note | Plt - Poluk | 24-119 |
| X | In person | Yes | Sara | Watkins | Plt - Arkett | 24-156 |
| X | In person | Maybe | Lesley | Weaver | Plt - Fordham, Gaters & Haughton | 24-92 |
| X | In person | Yes | Neil | Westesen | Deft – Neiman Marcus Group | |
| X | In person | Yes | William | Whitner | Deft – Ticketmaster | |
| X | ZOOM | | Peggy | Williams – PRO SE | Plt | 24-148 |
| | | | | | | |
| X | In person | No | Lucas | Vining | | |
| X | In person | No | Anne | Davis | Pltf - Fordham, Gaters and Haughton | 24-92 |

| | | | | | | |
|---|---|---|---|---|---|---|
| X | In person | No | Sarah | Lanier | | |
| X | In person | No | Merry | Marr | | |
| X | In person | No | Jared | Frickle | | |
| X | In person | No | Tasha | Jones | Deft - Advance Auto Parts | |
| X | In person | No | Lisa | Ghannoum | Deft - AT&T | |
| X | In person | No | Elizabeth | Scully | | |
| X | In person | No | Mark | Williams | | |
| X | In person | No | Jeff | Klinger | | |
| X | In person | No | Jesse | Medearias | | |
| X | In person | No | Caroline | Cuneo | | |
| X | Zoom | No | Lynn | Toops | Plt - Conte | 24-128 |
| X | Zoom | Yes | Paul | Werner | Deft - Lending Tree | |
| X | Zoom | Yes | Melissa | Emert | Deft - Ticketmaster | |
| X | Zoom | | Greg | Egleston | Plt - Brain | 24-144 |
| X | Zoom | | Bogdan | Enica | Plt - Pop | 24-163 |
| X | Zoom | Yes | Joel | Rhine | Deft - Advance Auto | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | . | | | | | |