# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | Case No. 2:24-MD-03126-BMM<br><br>**ORDER ADOPTING PLAINTIFFS' PROPOSED LEADERSHIP STRUCTURE** |

The Court's Order Appointing Leadership Counsel and Case Management Order issued on November 19, 2024 (Doc. 248), directed Plaintiffs' Co-Lead Counsel to propose a leadership structure and perform the duties set forth therein. (Doc. 248.) Plaintiffs' Co-Lead Counsel submitted a Proposed Leadership Structure. (Doc. 253.) The Court adopts the Proposed Leadership Structure, hereinafter, "Plaintiffs' Leadership Counsel." Plaintiffs' Co-Lead Counsel may propose alterations to the leadership structure as necessary throughout the litigation.

Members of Plaintiffs' Leadership Counsel may appear by videoconference or in person to provide status reports at future case management conferences. Plaintiffs' Leadership Counsel should endeavor to attend the case management conference in person rather than by videoconference, and local counsel should attend in person whenever possible. To the extent more frequent updates on the litigation

1

become necessary, Plaintiffs' Co-Lead Counsel may file a one-page status report in the Master Docket, and Defendants may respond in kind.

Accordingly, it is hereby **ORDERED**:

1. Plaintiffs' Co-Lead Counsel's Proposed Leadership Structure (Doc. 253) is adopted.

2. Plaintiffs' Leadership shall perform the duties described in the Proposed Leadership Structure (Doc. 253), the duties detailed in the Court's Order Appointing Leadership Counsel and Case Management Order (Doc. 248), and other tasks assigned in future case management orders.

DATED this 27th day of November, 2024.

_____
Brian Morris, Chief District Judge
United States District Court