**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: SNOWFLAKE, INC., DATA SECURITY**
**BREACH LITIGATION**                                                                 **MDL No. 3126**

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −6)**

On October 4, 2024, the Panel transferred 31 civil action(s) to the United States District Court for the District of Montana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2024). Since that time, 26 additional action(s) have been transferred to the District of Montana. With the consent of that court, all such actions have been assigned to the Honorable Brian Morris.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Montana and assigned to Judge Morris.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Montana for the reasons stated in the order of October 4, 2024, and, with the consent of that court, assigned to the Honorable Brian Morris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Montana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

UNITED STATES OF AMERICA   } ss
DISTRICT OF MONTANA

I, Tyler P. Gilman, Clerk of the United States District
Court for the District of Montana, hereby certify that
the above and forgoing is a true copy of the original
now on file in my office.
Dated this ___12th___ day of
___December___ 20_24_
TYLER P. GILMAN, Clerk
By _M. Stewart_ _____

FOR THE PANEL:

Marcella R. Lockert
Acting Clerk of the Panel

**IN RE: SNOWFLAKE, INC., DATA SECURITY
BREACH LITIGATION**                                                   MDL No. 3126

**SCHEDULE CTO−6 − TAG−ALONG ACTIONS**

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| | | | |
| **FLORIDA MIDDLE** | | | |
| | | | |
| FLM | 8 | 24−02829 | Pagan v. Cricket Wireless LLC |
| FLM | 8 | 24−02832 | Ameneiro v. Cricket Wireless LLC |
| FLM | 8 | 24−02837 | Schilller v. Cricket Wireless LLC |
| | | | |
| **TEXAS SOUTHERN** | | | |
| | | | |
| TXS | 4 | 24−03703 | Wright v. AT&T |