IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | 2:24-MD-03126-BMM <br><br> ORDER ON NOTICE OF VOLUNTARY DISMISSAL OF MEMBER CASE |

Plaintiff Angela Garrett, on behalf of herself and all others similarly situated, filed a complaint in this Multidistrict Litigation case against Defendants Hot Topic, Inc. d/b/a Hot Topic d/b/a BoxLunch ("Hot Topic"), Torrid, LLC ("Torrid") and Snowflake, Inc. (Doc. 238.) Defendant Snowflake filed a motion to sever this complaint from the MDL on December 4, 2024. (Doc. 258.) Plaintiffs filed a notice of voluntary dismissal of Garrett's member case and notifying the Court and the parties that the motion to sever is moot. (Doc. 268.)

Accordingly, it is HEREBY ORDERED that:

1) The hearing on the motion to sever currently set for January 9, 2025, is VACATED.

DATED this 20th day of December, 2024.

_____
Brian Morris, Chief District Judge
United States District Court