# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | 2:24-MD-03126-BMM<br><br>**ORDER REGARDING ISSUES IDENTIFIED IN THE PARTIES' JOINT MEMORANDUM** |

The Parties submitted a Joint Memorandum (Doc. 266) pursuant to the Court's Order Appointing Leadership Counsel and Case Management Order (Doc. 248). The Parties identified key points of disagreement that the Court will address at the upcoming case management hearing.

Accordingly, it is **HEREBY ORDERED** that:

1) The Parties will submit simultaneous briefs of no more than 10 pages by January 3, 2025, addressing each party's position on the Modified Initial Disclosures described in Appendix B (Doc. 266 at 28–31);

2) The Parties will meet and confer regarding the issue of the form of the complaint and use of a representative complaint and submit a joint briefing schedule by January 8, 2025; and

1

3) The Parties will meet and confer regarding the timing for submitting motions to compel arbitration and Rule 12 motions to dismiss and submit a joint briefing schedule by January 8, 2025.

DATED this 20th day of December, 2024.

_____
Brian Morris, Chief District Judge
United States District Court