# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| **IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION** | 2:24-MD-03126-BMM  <br><br>**JOINT MOTION FOR CLARIFICATION** |

The Parties met and conferred pursuant to the Court's Order (Doc. 270), and respectfully seek clarification of two issues.

With regard to the second item in the Court's Order, Plaintiffs understand the Court to be instructing the Parties to submit a schedule for filing the operative complaint and subsequently briefing threshold motions, consistent with the parties' efforts to meet and confer on the form of the complaint. Defendants, by contrast, understand the Court to be instructing the Parties to submit a briefing schedule for the Parties to submit briefs on their disparate positions regarding the form of the complaint, as those positions were identified in the Joint Memorandum and Discussion of Issues submitted to the Court on December 16, 2024 (Doc. 266).

With regard to the third item in the Court's Order, Plaintiffs understand the Court to be instructing the Parties to submit a schedule for when motions to dismiss and motions to compel arbitration should be briefed, consistent with the parties'

08673-00028/15512756.1

efforts to meet and confer on the topic. Defendants, by contrast, understand the Court to be instructing the Parties to submit a briefing schedule for the Parties to submit briefs to resolve the Parties' disparate positions regarding the sequencing of motions to dismiss and motions to compel arbitration, as those positions were identified in the Joint Memorandum and Discussion of Issues submitted to the Court on December 16, 2024 (Doc. 266).

At a minimum, Brianne McClafferty and Raph Graybill are available on December 31st, January 2nd, and January 3rd for a telephonic status conference with the Court, if clarification by that means is preferable to a written order.

Dated this 31st day of December, 2025.

Respectfully submitted,

/s/ Jason Rathod
Jason S. Rathod
**Migliaccio & Rathod LLP**
412 H St NE, Suite 302
Washington DC 20002
Tel. 202.470.3520
jrathod@classlawdc.com

/s/ John Heenan
John Heenan
**Heenan & Cook**
1631 Zimmerman Trail
Billings, MT 59102
Tel. 406.839.9091
john@lawmontana.com

/s/ Amy Keller
Amy Keller

08673-00028/15512756.1

**DiCello Levitt LLP**
Ten North Dearborn, Sixth Floor
Chicago, Illinois 60602
Tel. 312.214.7900
akeller@dicellolevitt.com

/s/ J. Devlan Geddes
J. Devlan Geddes
**Goetz, Geddes & Gardner P.C.**
35 N. Grand Ave.
Bozeman, MT 59715
Tel. 406.587.0618
devlan@goetzlawfirm.com

/s/ Raph Graybill
Raphael Graybill
**Graybill Law Firm, PC**
300 4th Street North
Great Falls, MT 59401
Tel. 406.452.8566
raph@graybilllawfirm.com

*Co-Lead Counsel for Plaintiffs*

/s/ Brianne C. McClafferty
Brianne C. McClafferty
Holland & Hart LLP

/s/ Stephen A. Broome
Stephen A. Broome
Quinn Emanuel Urquhart & Sullivan LLP

ATTORNEYS FOR DEFENDANT SNOWFLAKE INC.

/s/ Gilbert S. Keteltas
Gilbert S. Keteltas
Baker & Hostetler LLP

08673-00028/15512756.1

ATTORNEYS FOR AT&T INC. and AT&T MOBILITY, LLC

/s/ Joshua Becker
Joshua Becker
Shook, Hardy &Bacon L.L.P.

ATTORNEYS FOR ADVANCED AUTO PARTS, INC.

/s/ Paul Anthony Werner, III
Paul Anthony Werner, III
Sheppard Mullin Richter & Hampton LLP

ATTORNEYS FOR QUOTEWIZARD.COM, LLC AND LENDINGTREE, LLC

/s/ Perie Reiko Koyama
Perie Reiko Koyama
Hunton Andrews Kurth LLP

ATTORNEYS FOR NEIMAN MARCUS GROUP, LLC

/s/ William K. Whitner
William K. Whitner
Paul Hastings LLP

ATTORNEYS FOR LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER, LLC

33951022_v2

08673-00028/15512756.1