# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | **2:24-MD-03126-BMM**<br><br>**ORDER** |

Upon the Joint Motion for Clarification (Doc. 271) IT IS HEREBY ORDERED that a telephonic status conference will be held on Friday, January 3, 2025 at 11:30 a.m. before the undersigned. The call-in number is as follows: 833-990-9400; Meeting ID: 882927420.

DATED this 2nd day of January, 2025.


_____
Brian Morris, Chief District Judge
United States District Court