**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | **2:24-MD-03126-BMM**<br><br>**ORDER REGARDING JOINT MOTION TO CLARIFY** |

The Parties submitted a Joint Motion to Clarify the Court's December 20, 2024 Order (Doc. 270). (Doc. 271.) The Parties requested clarification on the second and third items from the Court's order.  The Court conducted a telephonic status conference on January 3, 2025. (Doc. 275.)

The Parties have reached an impasse on whether the Plaintiffs should file a representative complaint or a superseding complaint.  The Parties agreed to submit simultaneous briefs on their positions regarding the representative or superseding complaint.

The Court directed the Parties to file motions to compel arbitration before filing Rule 12 motions to dismiss.

Accordingly, it is **HEREBY ORDERED** that:

1) The Parties will submit simultaneous briefs of no more than 10 pages addressing the whether the Plaintiffs should file a representative complaint

or a superseding complaint.  The Parties will submit these briefs by the close of business on Tuesday, January 7, 2025. The Parties should be prepared to address these issues at the hearing on January 9, 2025.

2) The Parties will file motions to compel arbitration and Rule 12 motions to dismiss sequentially. The Parties will meet and confer and submit a joint proposed schedule for filing motions to compel arbitration and accompanying briefs in support no later than January 8, 2025.  The joint schedule also should propose a timeline for filing Rule 12 motions to dismiss within a date certain after the Court has resolved all issues related to any motions to compel arbitration.

This Order supersedes items Number 2 and Number 3 in the Court's Order on December 20, 2024 (Doc. 270).

DATED this 3rd day of January, 2025.

_____
Brian Morris, Chief District Judge
United States District Court