# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | 2:24-MD-03126-BMM<br><br>NOTICE OF AGENDA FOR INITIAL CASE MANAGEMENT CONFERENCE |

The Court has set a case management conference for **January 9, 2025, at 1:30 p.m.** (Doc. 248.) This Notice serves to alert Parties to the topics of discussion at the case management conference.

- Modified Initial Disclosures described in Appendix B of the Parties' Joint Memorandum (Doc. 266);

- Form of the Complaint;

- Initial Proposed Schedule (Doc. 266 at 25–26); the Parties' Joint Proposed Schedule for motions to compel arbitration and Rule 12 motions to dismiss;

- Any other pressing issues counsel wish to address.

DATED this 8th day of January, 2025.

*Brian Morris* (signature)

Brian Morris, Chief District Judge
United States District Court