**LYNCH CARPENTER, LLP**
Gary F. Lynch
gary@lcllp.com
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Tel.:  (412) 322-9243

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | MDL NO. 2:24-md-03126-BMM<br><br>Individual Case No.:<br>    2:24-cv-00058-BMM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Jamila Armstrong, by and through her undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses without prejudice her claims against Defendant Snowflake, Inc.

No motion for class certification has been filed, and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules. Further, no opposing party has served either an answer or a motion for summary judgment in the present case.

Dated: January 15, 2025  Respectfully submitted,

*/s/ Gary F. Lynch*
Gary F. Lynch (*pro hac vice*)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
gary@lcllp.com

*Attorney for Plaintiff Jamila Armstrong*

2