# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | 2:24-MD-03126-BMM <br><br> **ORDER** |

The Court has set a case management conference for **February 6, 2025, at 10:00 a.m.** (Doc. 285.) The Court requests that the Parties, or a representative from Plaintiffs' Leadership Counsel and Defendants' Lead Counsel, submit today a short notice containing a list of any remaining outstanding areas of disagreement.

DATED this 5th day of February, 2025.

_____
Brian Morris, Chief District Judge
United States District Court

1