# APPENDIX C

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Target Corporation Customer Data Security Breach Litigation,<br><br>This document relates to all actions. | MDL No. 14-2522 (PAM/JJK)<br><br>**ORDER APPOINTING EXECUTIVE AND STEERING COMMITTEES** |

This Court has appointed certain persons to serve in various leadership capacities on behalf of Plaintiffs for a one-year term (Dkt 64). In the same Order, the Court has authorized the appointment of a five-person Executive Committee by coordinating lead and liaison counsel in the consolidated action and the appointment of a three-person Steering Committee by lead and liaison counsel in both the financial institution and consumer cases.

Having been presented with the recommendations by lead and liaison counsel, the Court hereby makes the following appointments:

### EXECUTIVE COMMITTEE ACTING ON BEHALF OF COORDINATING LEAD AND LIAISON COUNSEL

1. Howard Sedran, Levin Fishbein Sedran & Berman (Pennsylvania)
2. Don Barrett, Barrett Law Group, P.A. (Mississippi)
3. John A. Yanchunis, Morgan & Morgan (Florida)
4. Naumon A. Amjed, Kessler Topaz Meltzer & Check LLP (Pennsylvania)
5. Gary F. Lynch, Carlson Lynch LTD (Pennsylvania)

## FINANCIAL INSTITUTION CASES STEERING COMMITTEE

1. Joseph P. Guglielmo, Scott + Scott Attorneys at Law, LLP (New York)
2. W. Daniel ("Dee") Miles, III, Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. (Alabama)
3. James J. Pizzirusso, Hausfeld LLP (Washington, D.C.)

## CONSUMER CASES STEERING COMMITTEE

1. Ariana Tadler, Milberg, LLP (New York)
2. Norm Siegel, Stueve Siegel, LLP (Missouri)
3. Daniel Girard, Girard Gibbs LLP (California)

Consistent with this Court's prior Orders, all persons, including persons named to the Executive Committee and Steering Committees in this litigation, must secure the express authorization of lead counsel for any projects or work undertaken in this litigation.

IT IS SO ORDERED.

Dated: May 22, 2014     *s/Paul A. Magnuson*
                         Paul A. Magnuson
                         United States District Court Judge