# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC. DATA SECURITY BREACH LITIGATION | Case No. 2:24-md-03126-BMM<br><br>**ORDER** |

The Plaintiff Leadership Committee and Co-Leads of the Financial Institution Spoke filed an Unopposed Motion for an Extension of Time to File a Representative Complaint in the Snowflake matter.

IT IS HEREBY ORDERED that the Plaintiff Leadership Committee and Co-Leads of the Financial Institution Spoke have up to and including April 7, 2025, to file the Representative Complaint.

DATED this 4th day of March 2025.

_____
Brian Morris, Chief District Judge
United States District Courts