IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | 2:24-MD-03126-BMM<br><br>ORDER GRANTING SNOWFLAKE'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

    Upon consideration of the unopposed motion for leave to file overlength brief filed by Defendant Snowflake Inc., and pursuant to Local Rule 7.1(d)(2), and upon finding good cause, it is hereby ORDERED that Defendant Snowflake Inc.'s motion is granted. Defendant Snowflake Inc. may file its Brief in Support of its Rule 12 Motion to Dismiss with a word limit of 16,000 words.

    Dated this 15th day of April, 2025.

_/s/ Brian Morris_
Brian Morris, Chief District Judge
United States District Courts

34487021_v1

1