## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | **Case No. 2:24-MD-03126-BMM** |

### LENDINGTREE, LLC AND QUOTEWIZARD.COM, LLC'S
### MOTION TO COMPEL ARBITRATION

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq*., Defendants LendingTree, LLC and QuoteWizard.com, LLC ("LendingTree") respectfully move this Court to compel arbitration as to the LendingTree plaintiffs' claims against LendingTree and dismiss Plaintiffs' Second Amended Representative Class Action Complaint ("Complaint") as to LendingTree.

In support of its motion, LendingTree relies upon the facts, authorities, and arguments set forth in the accompanying Memorandum of Law and exhibits thereto.

WHEREFORE, LendingTree respectfully requests that this Court enter an Order granting the Motion.

Dated: May 16, 2025

By:

Paul A. Werner
David M. Poell
Kathryn J. Ryan

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue NW
Washington, D.C. 20006
Telephone: 202-747-1900
Facsimile: 202-747-1901
pwerner@sheppardmullin.com
dpoell@sheppardmullin.com
katryan@sheppardmullin.com.

*Attorneys for Defendants LendingTree, LLC and QuoteWizard.com, LLC*

-2-

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send electronic notification of such filing to all counsel of record.

*s/ Paul Werner*
Paul Werner (*admitted pro hac vice*)

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

*Attorneys for Defendants LendingTree, LLC and QuoteWizard.com, LLC*