# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| **IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION** | 2:24-MD-03126-BMM<br><br>**ORDER GRANTING JOINT MOTION TO SET BRIEFING SCHEDULE FOR SNOWFLAKE'S MOTIONS TO DISMISS REPRESENTATIVE CLASS ACTION COMPLAINTS** |

Upon consideration of the Joint Motion to Set Briefing Schedule filed by Defendant Snowflake Inc., it is hereby ORDERED that the following deadlines are in effect regarding Snowflake's motions to dismiss representative class action complaints:

**Plaintiffs' Second Amended Representative Class Action Complaint (Doc. 395)**

1. June 20, 2025: Snowflake to file reply in support of Request for Judicial Notice;

2. June 27, 2025: Plaintiffs to file response to motion to dismiss;

3. July 31, 2025: Snowflake to file reply.

**LAUSD Plaintiffs' Claims in Plaintiffs' Third Amended Representative Class Action Complaint (Doc. 427)**

1. June 18, 2025: deadline for Plaintiffs and Snowflake to exchange Modified Initial Disclosures related to LAUSD claims;

2. July 9, 2025: deadline for Plaintiffs to amend LAUSD portions of Operative Representative Complaint;

3. July 30, 2025: Snowflake to file motion to dismiss;

4. August 20, 2025: Plaintiffs to file response;

5. September 9, 2025: Snowflake to file reply.

**Financial Institution Plaintiff's Amended Representative Class Action Complaint (Doc. 393)**

1. June 26, 2025: Snowflake to file motion to dismiss;

2. July 31, 2025: Plaintiff to file response;

3. August 28, 2025: Snowflake to file reply.

The foregoing deadlines apply only to Plaintiffs and Defendant Snowflake Inc.

Dated this 18th day of June, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts