# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| **IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION** | 2:24-MD-03126-BMM<br><br>**SNOWFLAKE'S MOTION TO DISMISS FINANCIAL INSTITUTION PLAINTIFF'S AMENDED REPRESENTATIVE CLASS ACTION COMPLAINT** |

Defendant Snowflake Inc. ("Snowflake") moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6), to dismiss Financial Institution Plaintiff's Amended Representative Class Action Complaint (Doc. 393) for the reasons set forth in Snowflake's Memorandum filed contemporaneously herewith. Plaintiff opposes this Motion.

Dated this 26th day of June, 2025.

/s/ Brianne C. McClafferty
Brianne C. McClafferty
Brent R. Bihr
Holland & Hart LLP
401 North 31st Street, Suite 1200
P. O. Box 639
Billings, Montana 59103-0639
Telephone: (406) 252-2166
Fax: (406) 252-1669
*bcmcclafferty@hollandhart.com*
*brbihr@hollandhart.com*

/s/ *Stephen A. Broome*
Stephen A. Broome *(pro hac vice)*
Viola Trebicka *(pro hac vice)*
Lauren Lindsay *(pro hac vice)*
Delaney Gold-Diamond *(pro hac vice)*
Rex Alley *(pro hac vice)*
Quinn Emanuel Urquhart & Sullivan LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
*stephenbroome@quinnemanuel.com*
*violatrebicka@quinnemanuel.com*
*laurenlindsay@quinnemanuel.com*
*delaneygolddiamond@quinnemanuel.com*
*rexalley@quinnemanuel.com*

1

Kevin P.B. Johnson (*pro hac vice*)
Anna M. Martinez (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
*kevinjohnson@quinnemanuel.com*
*annamartinez@quinnemanuel.com*

ATTORNEYS FOR DEFENDANT
SNOWFLAKE INC.

35288340_v1