IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | Case No: 24-MD-03126-BMM<br><br>ORDER |

Pursuant to Ticketmaster L.L.C., Live Nation Entertainment, INC., Snowflake, Inc., LendingTree, LLC, and QuoteWizard.com LLC, having filed a Motion for Extension of Time, and good cause appearing:

IT IS HEREBY ORDERED that Ticketmaster L.L.C., Live Nation Entertainment, INC., Snowflake, Inc., LendingTree, LLC, and QuoteWizard.com LLC, and any other Defendants, shall have up to and including August 11, 2025, to file their response to the Motion Seeking Leave to Hire Elijah Inabnit and Remain Court-Appointed Co-Lead Counsel (Doc. 490).

DATED this 28th day of July 2025.

_____
Brian Morris, Chief District Judge
United States District Courts

1