IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | Case No: 24-MD-03126-BMM<br><br>ORDER GRANTING TICKETMASTER L.L.C. AND LIVE NATION ENTERTAINMENT, INC.'S MOTION TO FILE OVERLENGTH BRIEF/MEMORANDUM |

Upon consideration of the unopposed motion filed by Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. for leave to file an overlength reply brief in support of their Motion to Dismiss the Financial Institution Plaintiff's Amended Representative Class Action Complaint, (Doc. 512) and pursuant to Local Rule 7.1(d)(2), and upon finding good cause, it is hereby ORDERED that Defendants' motion is granted.  Defendants' may file their reply brief supporting their Motion to Dismiss the Financial Institution Plaintiff's Amended Representative Class Action Complaint with a word limit of 8,000 words.

DATED this 14th day of August, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts

1