IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | Cause No. 2:24-MD-03126-BMM<br><br>**ORDER SETTING AGENDA FOR HEARING ON MOTIONS TO DISMISS AND MOTION TO COMPEL ARBITRATION** |

The Parties met and conferred and have jointly proposed agendas for the hearing on motions to dismiss and motion to compel arbitration. (Doc. 551.) The Court considered the respective proposals, and consistent with the Parties' proposals, orders the following agenda for the hearing on October 6, 2025, on the motions to dismiss and motion to compel arbitration:

1. <u>Standing Argument on Motions to Dismiss</u>: Led by Defendant Snowflake Inc.; Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. may supplement argument, if necessary; followed by response from Plaintiffs; and reply.

    a. Issues to be covered: injury-in-fact, traceability, and redressability

2. <u>State Law Claims on Motions to Dismiss</u>

a. <u>Claims applying to all Plaintiffs</u>: Led by Defendant Snowflake Inc.; Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. may supplement argument, if necessary; followed by response from Plaintiffs; and reply.

   i. Issues to be covered: Negligence

b. <u>Claims applying to Consumers/LAUSD Plaintiffs</u>: Led by Defendant Snowflake Inc.; Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. may supplement argument, if necessary; followed by response from Plaintiffs; and reply.

   i. Issues to be covered: California Consumer Privacy Act, Montana Unfair Trade Practices and Consumer Protection Act, and the Massachusetts Consumer Protection Act

c. <u>Claims applying to Ticketmaster Plaintiffs only</u>: Led by Defendant Ticketmaster L.L.C.; followed by response from Plaintiffs; and reply.

   i. Issues to be covered: Breach of Contract, Unfair Competition Law Claim, and GBL § 349

d. <u>Claims applying to Financial Institutions Plaintiffs</u>: Led by Defendant Snowflake Inc.; Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. may supplement argument, if necessary; followed by response from Plaintiffs; and reply.

      i. Issues to be covered: Negligence per se, Unjust Enrichment, Declaratory and Injunctive Relief

3. <u>Motion to Compel Arbitration</u>: Led by Defendants LendingTree, L.L.C. and QuoteWizard.com, L.L.C.; followed by response from Plaintiffs; and reply.

Accordingly, IT IS **ORDERED** that the above agenda is in effect as to the hearing on October 6, 2025, on the motions to dismiss and motion to compel arbitration.

DATED this 18th day of September, 2025.

*[signature]*

Brian Morris, Chief District Judge
United States District Court