IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | 2:24-MD-03126-BMM <br><br> ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF MANISHA M. SHETH |

Defendant Snowflake Inc. ("Snowflake") moved for the *pro hac vice* admission of Manisha M. Sheth to practice before this Court in this case with Brianne C. McClafferty of Holland & Hart LLP who will act as local counsel. Ms. Sheth's application appears to be in order.

Accordingly, IT IS ORDERED that Defendant's motion to admit Manisha M. Sheth *pro hac vice* is **GRANTED** on the following conditions: (1) Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel; (2) The Applicant Attorney must do her own work. The Applicant Attorney must do her own writing, sign her own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court; (3) The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further

information is available on the Court's website, www.mtd.uscourts.gov; (4) Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and (5) Admission is personal to the Applicant Attorney, not the law firm she works for; and (6) Local counsel will provide a copy of this order to pro hac counsel.

    IT IS FURTHER ORDERED:

Applicant shall file within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

    DATED this 24th day of December, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts