# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | Cause No.  2:24-MD-03126-BMM<br><br><br>**TICKETMASTER PLAINTIFFS' MOTION TO STRIKE DEFENDANT TICKETMASTER'S SEVENTH AFFIRMATIVE DEFENSE** |

Pursuant to Fed. R. Civ. P. 12(f), Plaintiffs Eric Anderson, Charles Fitzgerald, Susie Garcia-Nixon, Valerie Lozoya, LaVonne Madden, Jolinda Murphy, Lauren Neve, Molly O'Hara, Dekima Thomas, and Christian Xian (collectively, "Ticketmaster Plaintiffs") move to strike Ticketmaster's Seventh Affirmative or Other Defense, Requirement to Arbitration ("Arbitration Affirmative Defense"). The defense should be stricken because it is factually insufficient, legally insufficient, and waived.

Defendant Ticketmaster has been contacted and it opposes this motion.

This motion is supported by the accompanying brief and the record of this case.

Dated: January 30, 2026

Respectfully submitted

*/s/ Jason S. Rathod*
Jason S. Rathod
**Migliaccio & Rathod LLP**
412 H St NE, Suite 302
Washington DC 20002
Tel. 202.470.3520
jrathod@classlawdc.com

*/s/ Raphael Graybill*
Raphael Graybill
**Graybill Law Firm, PC**
300 4th Street North
Great Falls, MT 59401
Tel. 406.452.8566
raph@graybilllawfirm.com

/s/ *Amy Keller*

Amy Keller

**DiCello Levitt LLP**

Ten North Dearborn, Sixth Floor

Chicago, Illinois 60602

Tel. 312.214.7900

akeller@dicellolevitt.com


/s/ *John Heenan*

John Heenan

**Heenan & Cook**

1631 Zimmerman Trail

Billings, MT 59102

Tel. 406.839.9091

john@lawmontana.com


/s/ *J. Devlan Geddes*

J. Devlan Geddes

**Goetz, Geddes & Gardner P.C.**

35 N. Grand Ave.

Bozeman, MT 59715

Tel. 406.587.0618

devlan@goetzlawfirm.com


*Co-Lead Counsel for Plaintiffs*