## UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

**IN RE:  SNOWFLAKE, INC., DATA SECURITY**
**BREACH LITIGATION**

| | | |
|---|---|---|
| Chenault v. AT&T, Inc., et al., | ) | |
| E.D. Kentucky, C.A. No. 5:26-00051 | ) | MDL No. 3126 |

### ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the above action on March 31, 2026. The conditional transfer order provided that any party may file a notice of opposition with the Clerk of the Panel within seven days – that is, by April 7, 2026. In the absence of any known opposition to the proposed transfer, the stay of transmittal regarding *Chenault* was lifted on April 8, 2026, and the action was transferred to the District of Montana.

On April 15, 2026,  the Panel received *pro se* plaintiff's notice of opposition to transfer via U.S. mail, postmarked April 7, 2026. The Panel has determined that the circumstances justify reinstatement of the conditional transfer order in order to permit plaintiff to pursue his opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-15" filed on March 31, 2026, is REINSTATED.

IT IS FURTHER ORDERED that plaintiff's notice of opposition is deemed filed as of the date of this order.

FOR THE PANEL:

_____
Josh R. Bullock
Acting Clerk of the Panel