**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| **IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION** | No. 2:24-MD-03126-BMM **ORDER** |

Plaintiffs have moved for an order allowing attorney Sarah D. Zandi to appear pro hac vice, with J. Devlan Geddes as Co-Lead Counsel and local counsel. The application of Ms. Zandi complies with Local Rule 83.1(d).

**IT IS ORDERED:**

Plaintiffs' motion to allow Sarah D. Zandi to appear pro hac vice is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

Only one attorney appearing pro hac vice may act as co-lead counsel; file her own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov;

Local counsel shall also sign all such pleadings, motions, and briefs and other documents served or filed;

Admission is personal to Ms. Zandi, not the law firm she works for; and

Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED:**

Ms. Zandi must file, within fifteen days from the date of this Order, an acknowledgment and acceptance of her admission under the terms set forth above.

DATED this 10th day of June, 2026.

Brian Morris, Chief District Judge
United States District Courts