# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

|  |  |
|---|---|
| **IN RE: SNOWFLAKE, INC. DATA SECURITY BREACH LITIGATION** | **2:24-md-03126-BMM-JTJ**<br><br>**ORDER** |

*Plaintiffs' Unopposed Motion for Leave to File Under Seal: Combined Motion for Protective Order for Plaintiffs' Mental Health Records and Response in Opposition to Snowflake's Motion to Compel (Doc. 721)*, submitted on June 23, 2026 ("Plaintiffs' Motion"), having been considered and good cause being shown, this Court hereby GRANTS Plaintiffs' Motion and orders that an unredacted version of *Plaintiffs' Combined Motion for Protective Order for Plaintiffs' Mental Health Records and Response in Opposition to Snowflake's Motion to Compel (Doc. 721)* be filed under seal.

DATED this 23rd day of June, 2026.

_____
Brian Morris, Chief District Judge
United States District Courts

1