IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| **IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION** | Case No: 24-MD-03126-BMM<br><br>ORDER GRANTING TICKETMASTER L.L.C. AND LIVE NATION ENTERTAINMENT, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL |

Pursuant to Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.'s Motion for Leave to File Under Seal, and for good cause appearing, the Motion is hereby GRANTED. Defendants shall file under seal unredacted copies of (1) their Reply Brief in in Support of Motion to Compel Discovery from Plaintiffs (Doc. 701) and Exhibits D and E to the same to the same; and Confidential Exhibits 1-2 to their Reply in Support of its Motion for Protective Order (Doc. 698).  Defendants shall publicly file redacted copies of their Reply Brief in in Support of Motion to Compel Discovery from Plaintiffs (Doc. 701).

DATED this 25th day of June 2026.

_____
Brian Morris, Chief District Judge
United States District Courts