**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: SNOWFLAKE, INC., DATA SECURITY**
**BREACH LITIGATION**

| | |
|---|---|
| Pagan v. Cricket Wireless LLC, | ) |
|     M.D. Florida, C.A. No. 8:24-cv-02829 | ) |
| Ameneiro v. Cricket Wireless LLC, | ) |
|     M.D. Florida, C.A. No. 8:24-cv-02832 | ) |
| Schiller v. Cricket Wireless LLC, | ) |
|     M.D. Florida, C.A. No. 8:24-cv-02837 | )     MDL No. 3126 |

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in the above listed actions on December 12, 2024. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs filed a notice of opposition to the proposed transfer order.

The Panel has now been advised that plaintiffs in each of these actions recently filed notices of voluntary dismissal without prejudice in their respective actions and, subsequently, *Pagan* was dismissed by the Honorable Kathryn Kimball Mizelle on January 13, 2025, *Ameneiro* was dismissed by the Honorable Thomas P. Barber on January 16, 2025, and *Schiller* was dismissed by the Honorable Mary S. Scriven on January 15, 2025.

 IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-6" filed on December 12, 2024, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

*James V. Ingold*

_____

James V. Ingold
Clerk of the Panel