IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| **IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION** | Case No: 24-MD-03126-BMM<br><br>ORDER GRANTING TICKETMASTER L.L.C. AND LIVE NATION ENTERTAINMENT, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL |

Pursuant to Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.'s Motion for Leave to File Under Seal, and for good cause appearing, the Motion is hereby GRANTED. Defendants shall file under seal unredacted copies of Confidential Exhibits 3 and 4 to the Declaration of D. Scott Carlton in Support of their Brief in Support of Motion to Compel Discovery from Financial Institution Plaintiff.

DATED This 27th day of July 2026.

_____
Brian Morris, Chief District Judge
United States District Courts

1