IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| **IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION** | Case No: 24-MD-03126-BMM<br><br>ORDER GRANTING TICKETMASTER L.L.C. AND LIVE NATION ENTERTAINMENT, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL |

Pursuant to Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.'s Motion for Leave to File Under Seal, and for good cause appearing, the Motion is hereby GRANTED.

Defendants shall file under seal unredacted copies of their Memorandum of Law in Support of Motion for Summary Judgment Against Released Plaintiffs; Statement of Undisputed Facts in Support of Motion for Summary Judgment Against Released Plaintiffs; and Confidential Exhibits 1-12 to the Declaration of William K. Whitner in Support of Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.'s Motion for Summary Judgment Against Released Plaintiffs.

Defendants shall publicly file redacted copies of their Memorandum of Law in Support of Motion for Summary Judgment Against Released Plaintiffs.

DATED this 14th day of September 2026.

Brian Morris, Chief District Judge
United States District Courts