**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| **IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION** | 2:24-MD-03126-BMM<br><br>**ORDER GRANTING SNOWFLAKE'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

Upon consideration of the Motion for Leave to File Documents Under Seal filed by Defendant Snowflake Inc. (Doc. 830.) IT IS HEREBY ORDERED that Snowflake's motion is granted. The Court orders that unredacted versions of Snowflake's brief in support of its motion for summary judgment, statement of undisputed facts and Exhibits D, E, F, G, H, I, J, L, Q, S, T, W, X, Y, Z, BB, CC, DD, and EE in support of Snowflake's forthcoming motion for summary judgment on lack of Article III standing with respect to the LendingTree/QuoteWizard Plaintiffs be filed under seal.

Snowflake should file a redacted version of the brief in support of its motion for summary judgment and a redacted version of the statement of undisputed facts publicly on the docket.

Dated this 15th day of September 2026.

Brian Morris, Chief District Judge
United States District Courts