**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | Lead Case No. 2:24-md-03126-BMM-JTJ |
| This Document Relates to: The Ticketmaster Track | MDL No. 3126 |
| | **ORDER** |

*Consumer and Financial Institution Plaintiffs' Unopposed Motion for Leave to File Under Seal: Combined Reply In Support Of Second Motion For Discovery Sanctions And Opposition To Ticketmaster's Cross-Motion For Sanctions Against MDL Counsel* (Doc. 862), submitted on September 22, 2026 (Plaintiff's Motion), having been considered and good cause being show, this Court hereby GRANTS Plauintiffs' Motion and orders that an unredacted version of the *Combined Reply In Support Of Second Motion For Discovery Sanctions And Opposition To Ticketmaster's Cross-Motion For Sanctions Against MDL Counsel* (*Doc. 863*) be filed under seal.

DATE this 23rd day of September, 2026.

Brian Morris, Chief District Judge
United States District Courts