IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | Case No: 24-MD-03126-BMM<br><br>ORDER GRANTING DEFENDANTS LIVE NATION ENTERTAINMENT, INC.'S AND TICKETMASTER L.L.C.'S AMENDED MOTION FOR LEAVE TO FILE UNDER SEAL |

Pursuant to Defendants Live Nation Entertainment, Inc.'s and Ticketmaster L.L.C.'s AMENDED Motion for Leave to File Under Seal, (Doc. 892) and for good cause appearing, the Motion is hereby GRANTED.

Defendants shall file unredacted copies of Exhibits B, C, and E to the Declaration of Manuel G. Berrelez in Support of Defendants Ticketmaster L.L.C.'s and Live Nation Entertainment, Inc.'s Memorandum of Law in Support of Motion for Protective Order, under seal.

DATED this 25th day of September 2026.

Brian Morris, Chief District Judge
United States District Courts