**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | Cause No. 2:24-md-03126-BMM<br><br>**ORDER ON MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (collectively, "Ticketmaster") have filed an unopposed motion for partial summary judgment. (Doc. 782.) Plaintiff New Orleans Federal Fireman's Credit Union ("NOFFCU") alleged that it incurred damages related to fraudulent transactions as a result of the Data Incident. (*Id.*) NOFFCU now stipulates that "it did not receive any complaints from its customers of fraudulent activity on its payment cards related to the Data Incident, . . . did not identify any customers with fraudulent charges related to the Data Incident, did not reimburse customers for fraud losses related to the Data Incident, and did not identify any lost interest or transaction fees as a result of the Data Incident." (*Id.*) NOFFCU does not oppose entry of partial summary judgment on NOFFCU's claims relating to payment card fraud losses. (*Id.* at 2.)

## STANDARD OF REVIEW

Summary judgment proves appropriate when "the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). Material facts are those which may affect the outcome of the case. *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248 (1986). A genuine material fact dispute requires sufficient evidence for a reasonable jury to return a verdict for the nonmoving party. *Id*. at 248.

## ORDER

Plaintiff NOFFCU has stipulated that there is no genuine dispute of any material fact as to claims related to payment card fraud losses. Accordingly, **IT IS ORDERED** that Defendants' motion for partial summary judgment (Doc. 782.) is **GRANTED**.

- Partial summary judgment shall be entered in favor of Ticketmaster and Snowflake and against Plaintiff NOFFCU on claims for damages related to payment card fraud losses, lost interest, and transaction fees.

DATED this 6th day of October 2026.

Brian Morris, Chief District Judge
United States District Court