**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | Lead Case No. 2:24-md-03126-BMM-JTJ<br><br>MDL No. 3126<br><br>**ORDER** |

Upon motion by Consumer Plaintiffs' (Doc. 948) and good cause being shown, this Court hereby GRANTS Plaintiffs' Motion and orders that an unredacted version of the *Consumer Plaintiffs' Combined Brief in Opposition to Ticketmaster's Motion for Summary Judgment on Releases and Brief in Support of Cross-Motion for Partial Summary Judgment and Relief Under Rule 23(D),* and supporting exhibits, be filed under seal.

DATED this 14th day of October 2026.

Brian Morris, Chief District Judge
United States District Courts