**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| **IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION** | 2:24-MD-03126-BMM<br><br>**ORDER** |

Upon consideration of the Parties' Joint Notice regarding the briefing schedule for pending motions for summary judgment and the agendas for the November and December hearings (Doc. 957), and good cause appearing,

**IT IS HEREBY ORDERED:**

1. **Plaintiffs' Consolidated Response.** Plaintiffs shall file a consolidated response to the four pending motions for summary judgment addressing Article III standing (Docs. 832, 837, 876, and 934) by Tuesday, November 3, 2026. Plaintiffs are granted leave to file a single consolidated response of up to 26,000 words, equivalent to the aggregate word limit otherwise applicable to four separate responses under L.R. 7.1(d)(2)(A).

2. **Defendants' Replies.** The four pending motions for summary judgment addressing Article III standing (Docs. 832, 837, 876, and 934) will not be considered fully briefed until Defendants file their respective reply briefs. Defendants may file those replies at any time before the December 10, 2026

hearing. Separately, Ticketmaster's reply in support of its Motion for Summary Judgment Against Released Plaintiffs (Doc. 824) shall remain subject to the deadline established by Doc. 607, 21 days after Plaintiffs filed their response.

3. **December 10 Hearing.** Oral argument on the four standing motions for summary judgment (Docs. 832, 837, 876, and 934), previously scheduled for November 16, 2026, is RESET for Thursday, December 10, 2026, at 9:30 a.m., at the Federal Courthouse in Great Falls, Montana, in conjunction with the previously scheduled status conference (Doc. 857).

4. **November 16 Hearing.** The hearing scheduled for Monday, November 16, 2026, at 1:00 p.m., at the Federal Courthouse in Helena, Montana, shall proceed as scheduled and address Ticketmaster's Motion for Summary Judgment Against Released Plaintiffs (Doc. 824) and discovery-related issues, including the pending motions for sanctions (Docs. 794 and 844). Consideration of those matters is not continued to December 10, 2026.

5. **Withdrawal of Motion to Stay.** Plaintiffs' Motion to Stay Summary Judgment Proceedings Until After Class Certification (Doc. 851) is deemed WITHDRAWN. The Clerk of Court is directed to terminate that motion.

The Court's October 2, 2026 Text Order is modified to the extent necessary to effectuate the foregoing schedule. All other deadlines and requirements remain in effect unless otherwise ordered.

**DATED** this 15th day of October 2026.

Brian Morris, Chief District Judge
United States District Court