**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| IN RE: SNOWFLAKE, INC. DATA SECURITY BREACH LITIGATION | Case No. 2:24-md-03126-BMM<br><br>**ORDER** |

Plaintiff NEW ORLEANS FIREMEN'S FEDERAL CREDIT UNION ("NOFFCU"), through its counsel, have moved for the admission *Pro Hac Vice* of Austin B. Whitten (Doc. 992) to practice before this Court in this case, with Domenic A. Cossi to act as local counsel. Mr. Whitten's application appears to be in compliance with L.R. 83.1(d). IT IS HEREBY ORDERED:

Plaintiff's motion to allow Mr. Whitten to appear on its behalf (Doc. 992) is GRANTED on the following conditions:

1. Local counsel, Domenic A. Cossi, will be designated as local counsel with Mr. Whitten. Mr. Whitten must do his own work. He must do his own writing, sign his own pleadings, motions, briefs, and other documents served or filed by him, and he must appear and participate personally in all proceedings before the Court. Counsel, Domenic A. Cossi, shall also sign such pleadings, motions, and briefs, and other documents served or filed.

2. Mr. Whitten shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

4. Admission is personal to Mr. Whitten, not the law firm he works for.

5. Local counsel will provide a copy of this order to pro hac counsel.

IT IS FURTHER ORDERED:

Mr. Whitten shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 30th day of October 2026.

Brian Morris, Chief District Judge
United States District Courts