**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | Lead Case No. 2:24-md-03126-BMM-JTJ<br><br>ORDER |

*Plaintiffs' Unopposed Motion for Leave to File Under Seal* ("Plaintiffs' Motion"), submitted on November 11, 2026, (Doc. 1041) having been considered and good cause being shown, this Court hereby GRANTS Plaintiffs' Motion and orders that an unredacted version of Consumer Plaintiffs' Reply in Support of Cross-Motion for Partial Summary Judgment and Relief Under Rule 23(D) be filed under seal.

DATED this 12th day of November 2026.

Brian Morris, Chief District Judge
United States District Courts