**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| IN RE: SNOWFLAKE, INC. DATA SECURITY BREACH LITIGATION | Case No. 2:24-md-03126-BMM<br><br>**ORDER GRANTING FINANCIAL INSTITUTION PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL** |

Pursuant to Financial Institution Plaintiff New Orleans Firemen's Federal Credit Union's Motion for Leave to File Under Seal, (Doc. 1044) and for good cause appearing, the Motion is hereby GRANTED. Financial Institution Plaintiff shall file under seal unredacted copies of their Response to Defendants' Joint Motion Regarding Absent Class Member Discovery.

DATED this 12th day of November 2026.

Brian Morris, Chief District Judge
United States District Courts