**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION | Lead Case No. 2:24-md-03126-BMM-JTJ<br><br>ORDER |

*Plaintiffs' Unopposed Motion for Leave to File Under Seal* ("Plaintiffs' Motion"), submitted on November 12, 2026, (Doc. 1049) having been considered and good cause being shown, this Court hereby GRANTS Plaintiffs' Motion and orders that an unredacted version of Plaintiffs' Reply Brief in Support of Omnibus Motion to Compel Full and Complete Answers to the Modified Initial Disclosures and Renewed Rule 30(b)(6) Deposition of Ticketmaster be filed under seal.

DATED this 13th day of November 2026.

Brian Morris, Chief District Judge
United States District Courts