**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| **IN RE: SNOWFLAKE, INC., DATA SECURITY BREACH LITIGATION** | 2:24-MD-03126-BMM<br><br>**ORDER GRANTING UNOPPOSED JOINT MOTION FOR REMOTE ATTENDANCE AT NOVEMBER 16, 2026 HEARING** |

Upon Snowflake Inc.'s and Plaintiffs' Unopposed Motion for Remote Attendance at November 16, 2026 Hearing, the Court GRANTS the Motion.

Client representative and counsel may attend the hearing via Zoom using the following link:

https://mtd.zoomgov.com/j/16084709930?pwd=uKDwPzmmoBWKGRpGJinGhnSupEePlx.1

Meeting ID: 160 8470 9930

Passcode: 214262

Dated this 13th day of November, 2026.

Brian Morris, Chief District Judge
United States District Courts